IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON, and RILEY NICOLE SHADLE,<br><br>             Plaintiffs,<br><br>       vs.<br><br>JASON GEERDES, FRED BRITTEN, CATHY SHEAIR, and SCOTT FRAKES,<br><br>             Defendants. | 8:16CV524<br><br>MEMORANDUM AND ORDER |

   This matter is before the court on Plaintiff Harold Bryan Wilson's ("Wilson") Request for a Temporary Restraining Order and Preliminary Injunction. (Filing No. 27.) He requests that Defendants allow him and Plaintiff Riley Nicole Shadle ("Shadle") to have communication with Shadle's mother. (*Id*.) Pursuant to this court's order dated January 26, 2017 (Filing No. 25), this motion will be stayed in abeyance with all other pending motions in this matter until Defendants respond to Plaintiffs' Complaint.

   IT IS THEREFORE ORDERED that: Wilson's motion (Filing No. 27) will be stayed in abeyance with all other pending motions in this matter until Defendants respond to Plaintiffs' Complaint.

   Dated this 7th day of February, 2017.

                                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    Senior United States District Judge