IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON, and RILEY NICOLE SHADLE,<br><br>Plaintiffs,<br><br>vs.<br><br>JASON GEERDES, in their Official and Personal Capacities; et.al;<br><br>Defendants. | 8:16CV524<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiffs' anticipated motion to strike the amended complaint (Filing No. 57), and to file a new amended complaint shall be filed on or before August 18, 2017. Plaintiff need not outline or otherwise identify the changes in the amended complaint.

2) Defendants' response to Plaintiff's amended complaint shall be filed on or before 30 days after the last defendant is served.

August 10, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge