IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL GILLPATRICK, and NICCOLE WETHERELL, | 4:18CV3011 |
| Plaintiffs, | |
| vs. | ORDER |
| SCOTT FRAKES, Director, in his official capacity, st. al; | |
| Defendants. | |
| HAROLD BRYAN WILSON, and RILEY NICOLE SHADLE, | 8:16CV524 |
| Plaintiffs, | |
| vs. | |
| JASON GEERDES, in his Official Capacity; et. al; | |
| Defendants. | |

As requested in the Plaintiffs' unopposed motions, (4:18-cv-03011-RFR-CRZ <u>Gillpatrick et al v. Frakes et al</u>, Filing No. 21, and 8:16-cv-00524-RFR-CRZ, <u>Wilson et al v. Geerdes et al</u>, Filing No. 79), which are hereby granted,

IT IS ORDERED that the parties' deadline for filing a Rule (26)(f) report is extended to May 14, 2018, or to ten (10) days following the ruling by Judge Rossiter on Plaintiffs' motion for remand in 4:18-cv-03011-RFR-CRZ, <u>Gillpatrick et al v. Frakes et al</u>, whichever is later.

March 28, 2018.

BY THE COURT:

<u>s/ Cheryl R. Zwart</u>
United States Magistrate Judge