IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON, and RILEY NICOLE SHADLE,<br><br>Plaintiffs,<br><br>vs.<br><br>JASON GEERDES, in their Official Capacity; SCOTT FRAKES, Director, in their Official Capacity; TAGGART BOYD, Warden, in their Official Capacity; and MICHELE CAPPS, in her official capacity as Warden of the Nebraska State Penitentiary;<br><br>Defendants. | **8:16CV524**<br><br>**PROGRESSION ORDER (AMENDED)** |

The parties filed a Joint Motion to Amend Progression Order (Filing No. 100), requesting an extension of certain progression deadlines set in Filing No. 84, or amended in Filing No. 94.

IT IS ORDERED:

1) The deposition deadline is now January 31, 2019.

2) Cross-motions for summary judgment based on stipulated facts shall be filed on or before March 14, 2019, with any response due on or before April 15, 2019. No reply shall be filed absent leave of the court for good cause shown.

3) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is now March 14, 2019.

4) The clerk shall set an internal case management deadline of March 18, 2019: Confirm that cross-motions were timely filed.

Dated this 28th day of December, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge