IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON, and RILEY NICOLE SHADLE,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JASON GEERDES, in their Official Capacity; et.al;<br><br>　　　　　Defendants. | **8:16CV524**<br><br>**ORDER** |

Plaintiffs' counsel has moved to withdraw from representing Plaintiff Wilson because a conflict has arisen which renders him unable to represent both Plaintiffs. (Filing No. 103). After considering the issues presented, the court finds Plaintiffs' counsel remains able to represent Plaintiff Shadle.

Accordingly,

IT IS ORDERED:

1)　　The motion to withdraw filed by Michael D. Gooch, as counsel of record for Plaintiff Wilson, (Filing No. 103), is granted.

2)　　On or before February 4, 2019, Plaintiff Harold Bruan Wilson. shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) seek appointment of new counsel; or (c) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff Wilson's claims for want of prosecution and without further notice..

3)　　The clerk shall mail a copy of this order to Harold Bryan Wilson.

January 14, 2019.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge