# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON and RILEY NICOLE SHADLE,<br><br>            Plaintiffs,<br><br>      v.<br><br>JASON GEERDES, SCOTT FRAKES, TAGGART BOYD, and MICHELLE CAPPS, all in their official capacities.<br><br>            Defendants. | 8:16CV524<br><br>ORDER |

This matter is before the Court on plaintiff Riley Nicole Shadle's ("Shadle") Voluntary Motion to Dismiss (Filing No. 106) with prejudice her claims against defendants Jason Geerdes, Scott Frakes, Taggart Boyd, and Michelle Capps (collectively, "defendants"). *See* Fed. R. Civ. P. 41(a)(2) (providing for voluntary dismissal by court order). Shadle avers she has consulted with defendants' counsel, and defendants do not oppose dismissal. Shadle has also attached a copy of a signed Settlement Agreement and Mutual Release (Filing No. 106-1) between Shadle and the defendants.

Upon careful review, the Court finds Shadle's claims against the defendants should be dismissed. Accordingly,

IT IS ORDERED:
1. Plaintiff Riley Nicole Shadle's Voluntary Motion to Dismiss (Filing No. 106) is granted.
2. Shadle's claims against defendants Jason Geerdes, Scott Frakes, Taggart Boyd, and Michelle Capps are dismissed with prejudice.
3. Plaintiff Harold Bryan Wilson's claims against the defendants remain pending.

Dated this 17th day of January 2019.

                              BY THE COURT:

                              Robert F. Rossiter, Jr.
                              United States District Judge