IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON and RILEY NICOLE SHADLE, | |
| Plaintiffs, | 8:16CV524 |
| v. | ORDER |
| JASON GEERDES, SCOTT FRAKES, TAGGART BOYD, and MICHELE CAPPS, all in their official capacities, | |
| Defendants. | |

This matter is before the Court on the Motion for Payment of the Remaining Fee for Reimbursement of Actual Expenses (Filing No. 109), filed by attorney Michael D. Gooch ("Gooch").

On March 31, 2017, Gooch was appointed to represent both plaintiffs in this matter by order of Senior United States District Judge Richard G. Kopf. In his order (Filing No. 46), Judge Kopf, consistent with Rule II(A)(1)(a) of the Amended Plans for the Administration of the Federal Practice Fund and Federal Practice Committee ("Plan"), ordered that Gooch be paid $2,000 for his representation. Gooch was paid $1,000 from the Federal Practice Fund at the outset of his appointment. The matter was reassigned to the undersigned on April 3, 2017.

Gooch has completed his appointment (Filing No. 105)[1] and seeks payment of the remaining $1,000 of his reimbursement as well as $500 in expenses, as contemplated by the March 31, 2017 Order, and is in accordance with the Plan. After reviewing the expenses submitted, the Court consulted with and obtained the approval of Chief United

---

[1] A stipulation for dismissal was filed as to plaintiff Riley Nicole Shadle, and Gooch withdrew from his representation of the remaining named plaintiff, Harold Bryan Wilson.

States District Judge John M. Gerrard (Plan, at VI(C)) to reimburse $500 to Gooch for his expenses. This Court again notes its appreciation of Gooch's willingness to handle this matter.

In light of the foregoing,

IT IS ORDERED:

1. Attorney Michael D. Gooch's Motion for Payment of the Remaining Fee for Reimbursement of Actual Expenses (Filing No. 109) is granted.

2. The Clerk of Court shall pay to attorney Michael D. Gooch from the Federal Practice Fund, the amount of $1,000 for his remaining attorney fees and $500 for expenses.

Dated this 29th day of January 2019.

BY THE COURT:

*[signature]*

Robert F. Rossiter, Jr.
United States District Judge