IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON GEERDES, in their Official Capacity; SCOTT FRAKES, Director, in their Official Capacity; TAGGART BOYD, Warden, in their Official Capacity; and MICHELE CAPPS, in her official capacity as Warden of the Nebraska State Penitentiary;<br><br>    Defendants. | **8:16CV524**<br><br>**ORDER** |

On December 28, 2018, this court entered an amended progression order setting certain deadlines. (See [Filing No. 101](#)). Since that time, Plaintiff Riley Nicole Shadle's Voluntary Motion to Dismiss has been granted, but Plaintiff Harold Bryan Wilson's claims against the defendants remain pending. (See [Filing No. 107](#), [Filing No. 113](#)).

IT IS ORDERED:

The deadline for cross-motions for summary judgment remains in effect. Such motions shall be filed on or before March 14, 2019, with any response due on or before April 15, 2019. No reply shall be filed absent leave of the court for good cause shown. (See [Filing No. 101](#)))

Dated this 15th day of February, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge