IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON, | **8:16CV524** |
| Plaintiffs, | |
| vs. | **ORDER** |
| JASON GEERDES, in their Official Capacity; et al; | |
| Defendants. | |

IT IS ORDERED:

1)      Defendant's motion, (Filing No. 134), is granted, and the deadline for submitting a proposed pretrial conference order is extended to August 13, 2019.

2)      As to Wilson's request, (Filing No. 135),

   a.    The request to reconsider the court's denial of appointed counsel is denied.

   b.    Wilson's request for a copy of Shadle's affidavit, (Filing No. 130), is granted. A copy of the affidavit is attached.

Dated this 18th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

## Affidavit Of Riley Nicole Shadle

Harold Bryan Wilson,

      V.                                      8:16CV524

Jason Geerdes, Scott Frakes,
Taggart Boyd and Michele
Capps, all in their
official capacities

I Riley Nicole Shadle, without counsel, swear that everything in this affidavit is true and accurate.

In the matter of the above mentioned case, I Riley Nicole Shadle do wish to marry Harold Bryan Wilson. Wilson has not stated whether I still wanted to marry him because he has no ways of contacting me to find out. I am answering that unasked question to clearify the key fact in deciding whether the constitutional right to marriage remains the issue in this case. I did voluntarily dismiss this case with prejudice of my claims but it wasnt to say I no longer wish to marry Wilson if he shall prevail. In my agreed settlement in my § 1983 nothing was said about withdrawing consent to marry. David Lopez drafted the agreement and again, nothing was referring to my consent to marry, just that I agree to dismiss my claims. So regarding the officials' argument that I was leaving him alone at the alter without a viable claim is NOT true or accurate.

I am submitting this affidavit independently without my counsel Micheal D Gooch and its not supported by Lopez and the officials. This is my own sworn affidavit for the court. I did relinquish my claims but I never abandoned Wilson and my consent to marry.

I had dismissed this case because I needed to primarily focus on my other case 8:16CV546 Shadle V. Frakes et al. I do love Harold with all my heart and I really do wish to marry him. Wilson was NEVER a predator or pressuring me or even manipulating me into marrying him. I have made the choice to marry him on my own and without any influence from anyone else. His past "record" of these claims of abuse etc are unfounded when it comes to me personally. I know when im being lied to, used and manipulated and Wilson wasnt doing any of those things.

I ask the court to make this affidavit as evidence in Wilsons case that I have not given up my consent to marry him, only giving up my claims that the defendants' actions were wrong, retalitory and violating constitutional rights.

_____          6-3-19
Ms. Riley Nicole Shadle                  Date


_____          6-3-19
Notary                                 Date

In Lancaster County,
Lincoln, NE

GENERAL NOTARY - State of Nebraska
JASON GEERDES
My Comm. Exp. June 10, 2022

Notice: this correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored

Inmate Name: _Ms. Kity Shodk_

Inmate # _82297_

P. O. Box 22800

Lincoln, NE 68542-2800

FOREVER

USA

United States District Courthouse

C/O Hon. Judge Rossitor

111 S. 118th Plaza, STE 1152

Omaha, NE 68102

UNIT111 581 DE 1 N C2206/17/19
UNABLE TO FORWARD/FOR REVIEW **Cole**

BC: 681022232277 BU XO995-03528-17-16

FWD

68102>1322

RECEIVED

JUN 2 0 2019

ROBERT G. ROSSITER, JR.
U.S. District Judge

Legal Mail!