IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| HAROLD BRYAN WILSON, and RILEY NICOLE SHADLE, | |
|---|---|
| Plaintiffs, | **8:16CV524** |
| vs. | **ORDER** |
| JASON GEERDES, in their Official Capacity; et al; | |
| Defendants. | |

1) The request for appointed counsel filed by former Plaintiff and now witness Riley Shadle, (Filing No. 136), is denied.

2) In addition to providing copies to the parties, the clerk shall mail a copy of this order to Riley Shadle #82297, P.O. Box 22800, Lincoln, NE 68542.

July 18, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge