IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>JASON GEERDES, in their Official Capacity; SCOTT FRAKES, Director, in their Official Capacity; TAGGART BOYD, Warden, in their Official Capacity; and MICHELE CAPPS, in her official capacity as Warden of the Nebraska State Penitentiary;<br><br>Defendants. | 8:16CV524<br><br>ORDER |

IT IS ORDERED that the motion to withdraw filed by David A. Lopez, as counsel of record for Defendants, (Filing No. 143), is granted.

Dated this 31st day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge