IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HAROLD BRYAN WILSON,

               Plaintiff,

vs.

JASON GEERDES, in their Official
Capacity; et al;

               Defendants.

**8:16CV524**

**ORDER**

Plaintiff Wilson objects to reconvening the deposition of Riley Shadle, and he moves for appointment of counsel. (Filing No. 147).

Shadle's deposition was started on an earlier date, but it was not completed: The parties recessed until today so Wilson could attend a medical appointment. There is nothing in Wilson's motion indicating he was unable to adequately attend the first portion of Shadle's telephonic deposition, or that he needed the assistance of counsel during that deposition.

Accordingly,

IT IS ORDERED that as to Wilson's pending motion, (Filing No. 147):

1)      Wilson's renewed motion for appointment of counsel is denied; and

2)      Wilson's objection to completing Shadle's deposition following a recess to accommodate his medical needs is overruled.

3)      Defense counsel shall read this order to Wilson, on the record, at the start of the reconvened deposition today.

4)      The clerk shall mail a copy of this order to Wilson at his address of record.

August 9, 2019.              BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge