IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD BRYAN WILSON, <br><br> Plaintiff, <br><br> vs. <br><br> JASON GEERDES, in their Official Capacity; SCOTT FRAKES, Director, in their Official Capacity; TAGGART BOYD, Warden, in their Official Capacity; and MICHELE CAPPS, in her official capacity as Warden of the Nebraska State Penitentiary; <br><br> Defendants. | **8:16CV524** <br><br> **ORDER** |

After conferring with the parties, IT IS ORDERED:

1. The trial and pretrial conference setting are set aside.
2. The deadline for filing motions for summary judgment is now August 23, 2019.
3. The clerk shall set an internal case management deadline for October 9, 2019.
4. The clerk shall mail a copy of this order to Wilson at his address of record.

Dated this 9th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge